IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLOS A. MONTANEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-cv-1397-MJR-SCW |
| | ) |
| DR. JOHN TROST, | ) |
| GAIL WALLS, | ) |
| KIMBERLY BUTLER, | ) |
| TODD BROOKS, | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| DR. RITZ, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION**

**REAGAN, Chief Judge:**

This matter is before the Court on the issue of exhaustion of administrative remedies. Magistrate Judge Stephen C. Williams concluded that an evidentiary hearing was unnecessary, so he issued a Report and Recommendation (Doc. 144). Magistrate Judge Williams recommends that the undersigned District Judge deny the motions (*Id.*). Upon issuance of the Report and Recommendation, Magistrate Judge Williams informed the parties that they had 14 days to object to his recommendations. (*Id.* at 12). The 14-day deadline—August 27, 2018—came and went without any objections being filed.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 144). The Court finds that Magistrate Judge Williams's recommendations are sound, particularly in light of the detailed analysis of exhaustion as to the contents of Plaintiff's

grievances about his medical condition and Defendants Wexford and Dr. Ritz's role in providing potential medical care to Plaintiff. As Magistrate Judge Williams noted, the burden of proof to demonstrate a failure to exhaust administrative remedies was on the Defendants. Based on this deficiency, the Defendants' motions are hereby **DENIED**. Claims still remain against Dr. John Trost, Gail Walls, Kimberly Butler, Todd Brooks, Dr. Stephen Ritz, and Wexford Health Sources, Inc.

**IT IS SO ORDERED.**

DATED: September 10, 2018

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge